# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0572
LT Case No. 2021-CF-000837-A

———————————————

ROLAND LAMAR BALL, II,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Matthew J. Metz, Public Defender, and Brian Hyer,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Amanda A. Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

March 31, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, EDWARDS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____